O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT G. SMITH, | ) | Case No. SA CV 06-0752 DDP (FMO) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| GEORGE A. NEOTTI, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that Petitioner's claim for habeas relief based on the insufficiency of the evidence is granted, and Petitioner shall be released from custody unless new trial proceedings are commenced within 90 days of the entry of Judgment.

Dated: 9/10/12

DEAN D. PREGERSON
United States District Judge